# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE: NAMECHEAP, INC.
_____

SAFFRON MORRIS-DEDIER,

    Petitioner,                                                     8:22-mc-39-TPB-MRM

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Mac R. McCoy, United States Magistrate Judge, entered on November 14, 2022. (Doc. 4). Judge McCoy recommends that Petitioner's "Renewed Motion for Clerk's Issuance of Subpoena to Namecheap, Inc." (Doc. 3) be granted.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, the Court adopts the report and

recommendation. The Court agrees with Judge McCoy's detailed and well-reasoned factual findings and legal conclusions. Consequently, the motion for issuance of subpoena is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge McCoy's report and recommendation (Doc. 4) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Petitioner's "Renewed Motion for Clerk's Issuance of Subpoena to Namecheap, Inc." (Doc. 3) is hereby **GRANTED**.

(3) If not already done, Petitioner is allowed to submit to the Clerk of Court an updated subpoena to reflect a production date consistent with the time of this final order.

(4) Upon submission of the updated subpoena, the Clerk of Court is directed to expeditiously sign and issue the updated subpoena and **CLOSE** this miscellaneous case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**